IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORETTE ROARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SA PIPER LOGISTICS,<br><br>　　　　Defendant. | No. 4:23-CV-01415<br><br>(Chief Judge Brann) |

## ORDER

**FEBRUARY 16, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Corette Roark's Motion for Default Judgment (Doc. 8) is **GRANTED** as to Counts I-III and **DENIED** as to Count IV.

2. Roark shall file by March 1, 2024 an accounting of requested damages or other relief, any supporting documentation, and, if necessary, a brief in support.

3. A hearing regarding Roark's requested relief will be scheduled, if necessary, by separate Order.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　Chief United States District Judge